IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROKER ONLINE EXCHANGE, LLC. | § | |
|     *Plaintiff* | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-02674 |
| | § | |
| KONECT MANAGEMENT, LLC, d/b/a | § | |
| KONECT ENERGY; MICHAEL RIZK f/k/a | § | |
| MICHAEL GERGUIS, and also using the aliases | § | |
| and business names, CHRISTOPHER HILL, | § | |
| CHUCK DEAN, SAM OLSEN, ALEX MILLER, | § | |
| ADAM REED, MICHAEL WALSH, JUSTIN | § | |
| WILLIAMS, RUDY KELLER, JOEY PANZINI, | § | |
| BETTER CLEAN ENERGY MANAGEMENT, | § | |
| BLUE CHIP ENERGY, ENERGY RENEWALS, | § | |
| ENERGY EXTENSIONS, CONTRACT | § | |
| RENEWALS, APPROVE ENERGY, THE | § | |
| ENERGY BROKERAGE, ENERGY ONE | § | |
| SOLUTIONS, GET ENERGY SOLUTIONS, TX | § | |
| RENEWALS, THE ENERGY SUPPLY, POWER | § | |
| GRID, POWER RENEWALS, ELECTRICITY | § | |
| RENEWAL AGREEMENT, and ELECTRICITY | § | |
| RENEWAL; | § | |
| ENERGY BROKER ONLINE LLC; RENE | § | |
| ROLAND; NIKLAUS SCHWENKER | § | |
| | § | |
|     *Defendants.* | § | |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Broker Online Exchange, LLC ("Plaintiff") files this Motion for Leave to Amend Complaint and ask the Court for leave to file Plaintiff's First Amended Complaint, attached hereto as Exhibit A.

1. Plaintiff sued Defendants Konect Management, LLC and Michael Rizk for violation of the Defend Secrets Act on August 9, 2022. *See Dkt. No. 1*.

2. Recently, Plaintiff discovered that Defendants continued their unlawful activities after the initiation of this lawsuit through two individuals named, Rene Roland and Niklaus Schwenker, and an entity, named Energy Broker Online LLC.

3.	Energy Broker Online LLC is purportedly owned by Niklaus Schwenker, but Plaintiff believes that Rizk and Roland are, in conjunction with Schewenker, the true operators of that business.

4.	Plaintiff learned of these allegations on April 18, 2023, when a retail electric supplier notified BOX that Konect appeared to now be operating as Energy Broker Online LLC.

5.	Plaintiff investigated further and discovered that Energy Broker Online LLC was originally named "Your Wyoming Office LLC", formed on November 6, 2017.  On October 13, 2022, not coincidentally two months after initiation of this lawsuit, the company changed its name to Energy Broker Online LLC.

6.	Later, <u>on January 2, 2023</u>, Energy Broker Online LLC filed its application for registration as a foreign limited liability company with the Texas Secretary of State. On February 9, 2023, Energy Broker Online LLC registered as a broker with the Public Utility Commission of Texas.

7.	Based on the documents received by Plaintiff and Plaintiff's own investigation, it appears that: (1) Energy Broker Online LLC is simply a continuation of Konect and Rizk's unlawful business and the torts described in the Complaint; (2) Rene Roland is now acting as Konect president, actively helping Konect to continue its unlawful business through new individuals and entities; (*See Exhibit "A" for detailed explanations)* and (3) Schwenker has a close personal connection with Rizk and Roland and has joined in the misconduct and unlawful behavior.

8.	The purpose of Plaintiff's amendment is to: (1) add new causes of actions; and (2) add Rene Roland, Niklaus Schwenker, and Energy Broker Online LLC to this suit.

9. This case is set for trial on September 9, 2024. The discovery deadline is on December 29, 2023. Only written discovery has been conducted. *See Dkt. No. 17*.

10. There is no deadline for amending the complaint, and therefore, Plaintiff can amend its complaint to add new claims. *Id.* However, the deadline for adding new parties was on February 28, 2023, which as noted above, was before BOX and its counsel learned of the facts creating the basis for amending the Complaint.

11. Amending the Complaint will not prejudice Defendants.

12. This Motion is not brought for delay and will cause no prejudice.

13. Federal Rule of Civil Procedure 15(a)(2) permits a party to "amend its pleading" upon "the opposing party's written consent or the court's leave." Courts should "grant leave to amend 'freely,' and the language [of Rule 15(a)(2)] 'evinces a bias in favor of granting leave to amend.'" *Lyn-Lea Travel Corp. v. Am. Airlines, Inc.*, 283 F.3d 282, 286, (5th Cir. 2002) (quoting *Chitimacha Tribe of La. v. Harry L. Laws Co., Inc.*, 690 F.2d 1157, 1162 (5th Cir. 1982)). In the absence of undue delay, bad faith or dilatory motive, "repeated failure to cure deficiencies by previous amendments," "undue prejudice to the opposing party," and futility, "the Court should freely grant the requested leave." *Tijerina v. Guerra*, 7:19-CV-285, 2020 WL 1663181, at *11 (S.D. Tex. Apr. 1, 2020) (slip op.) (*citing Foman v. Davis*, 371 U.S. 178, 182 (1962); *Smith v. EMC Corp.*, 393 F.3d 590, 595 (5th Cir. 2004)).

## **PRAYER**

WHEREFORE, PREMISES CONSIDEREDED, Plaintiff respectfully prays that the Court grant Plaintiff's Motion for Leave to Amend Complaint, and grant Plaintiff such other and further relief, either at law or at equity, to which it may be entitled.

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Mark J. Levine
Mark J. Levine, ATTORNEY-IN-CHARGE
State Bar No. 00791102
Federal ID No. 20021
Hamed Moradi
State Bar No. 24121020
Federal ID No. 3612467
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341
mlevine@wkpz.com
hmoradi@wkpz.com

**ATTORNEYS FOR PLAINTIFF BROKER ONLINE EXCHANGE, LLC**

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel conferred with Defendants' counsel in good faith. Defendants' counsel is opposed to this Motion for Leave.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Leave to Amend Complaint was served via ECF electronic system according to the Rules of Federal Procedure on this 12th day of May, 2023 to all counsel of record.

/s/Mark J. Levine
Mark J. Levine