IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROKER ONLINE EXCHANGE, LLC.<br> *Plaintiff*<br>v.<br><br>KONECT MANAGEMENT, LLC, d/b/a<br>KONECT ENERGY; MICHAEL RIZK f/k/a<br>MICHAEL GERGUIS, and also using the aliases<br>and business names, CHRISTOPHER HILL,<br>CHUCK DEAN, SAM OLSEN, ALEX MILLER,<br>ADAM REED, MICHAEL WALSH, JUSTIN<br>WILLIAMS, RUDY KELLER, JOEY PANZINI,<br>BETTER CLEAN ENERGY MANAGEMENT,<br>BLUE CHIP ENERGY, ENERGY RENEWALS,<br>ENERGY EXTENSIONS, CONTRACT<br>RENEWALS, APPROVE ENERGY, THE<br>ENERGY BROKERAGE, ENERGY ONE<br>SOLUTIONS, GET ENERGY SOLUTIONS, TX<br>RENEWALS, THE ENERGY SUPPLY, POWER<br>GRID, POWER RENEWALS, ELECTRICITY<br>RENEWAL AGREEMENT, and ELECTRICITY<br>RENEWAL;<br>ENERGY BROKER ONLINE LLC; RENE<br>ROLAND; NIKLAUS SCHWENKER<br><br> *Defendants.* | §§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:22-cv-02674 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

On this day, the Court considered Plaintiff Broker Online Exchange, LLC's Motion for Leave to Amend Complaint. After considering the Motion, any timely filed responses and replies, the Court finds that the Motion is GRANTED and Broker Online Exchange, LLC is permitted to file its First Amended Complaint, adding additional causes of action and adding Rene Roland, Niklaus Schwenker, and Energy Broker Online LLC to this suit.

It is so ORDERED.

_____        _____

Date                                                                The Honorable Judge Andrew S. Hanen

United States District Judge