IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROKER ONLINE EXCHANGE, LLC | § | |
|     *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 4:22−cv−02674 |
| KONECT MANAGEMENT, LLC, d/b/a | § | |
| KONECT ENERGY, et al. | § | |
| | § | |
|     *Defendants.* | § | |

**[PROPOSED] ORDER**

This Matter Coming Before the Court on Defendants Konect Management, LLC d/b/a Konect Energy's and Michael Rizk's Amended Rule 12(b)(6) Motion to Dismiss, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

I. Defendants Konect Management, LLC d/b/a Konect Energy's and Michael Rizk's Amended Rule 12(b)(6) Motion to Dismiss is hereby GRANTED;

II. Plaintiff Broker Online, LLC's First Amended Complaint (Dkt # 34) is hereby dismissed with prejudice.

ENTERED ON _____, 2023.

_____
U.S. District Judge

72011813;1