# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROKER ONLINE EXCHANGE, LLC | § | |
|     *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 4:22−cv−02674 |
| KONECT MANAGEMENT, LLC, d/b/a | § | |
| KONECT ENERGY, et al., | § | |
| | § | |
|     *Defendants.* | § | |

## DECLARATION OF RENE ROLAND

Pursuant to 28 U.S.C. § 1746, Rene Roland declares as follows:

1. My name is Rene Roland. I am over 18 years of age, of sound mind, and fully competent to give this declaration. The facts stated herein are true and correct and based on my personal knowledge.

2. I am a resident of Canada.

3. I am an employee of Konect Management LLC ("**Konect**"). I am a manager of Konect.

4. Konect is a limited liability company organized under the laws of the State of Wyoming and is headquartered in New York where it has a remote office. Konect also has a remote office in Canada.

5. From the dates of my hire to the present, I have worked in Konect's offices in New York or Canada.

6. I do not have any beneficial ownership interest in Konect or Energy Broker Online LLC ("**EBO**").

7. I am not an employee of Energy Broker Online LLC ("**EBO**").

1

72010083;1

2

8. On June 28, 2023 Plaintiff, Broker Online Exchange LLC ("**BOX**" or "**Plaintiff**") filed a First Amended Complaint naming me as a Defendant in my individual and personal capacity (the "**Action**").

9. I have not been served with the instant Action.

10. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action, I have not maintained a residence, domicile or office in Texas.

11. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not traveled to Texas for personal reasons.

12. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not owned or leased any real property in Texas or borrowed any money in Texas.

13. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not been registered to vote in Texas.

14. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not had a driver's license issued by the State of Texas.

15. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not maintained a regular place of business in Texas.

16. At the time Plaintiff's Action was filed and during all times relevant to the

72010083;1

allegations in the Action I, in my individual or personal capacity, have not had any bank accounts in Texas.

17. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not had any employees who reside or are domiciled in Texas or who regularly travel to Texas.

18. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not produced, marketed, or distributed goods, services or products in Texas.

19. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not directed any advertising specifically towards Texas residents or advertised in any publications that are directed primarily toward Texas residents.

20. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not had any personal telephone listings or mailing addresses in Texas.

21. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action to my knowledge, I, in my individual or personal capacity, have not entered into any contracts with a Texas choice of law or forum selection clause.

22. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not entered into a contract that requires performance of that contract, in whole or in part, in Texas.

23. At the time Plaintiff's Action was filed and during all times relevant to the

allegations in the Action I, in my individual or personal capacity, have not incurred or paid property taxes in Texas.

24. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not filed any personal tax return in Texas.

25. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not committed any torts in whole or in part in Texas.

26. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not recruited Texas residents, directly or through an intermediary located in Texas, for employment inside or outside of Texas.

27. At the time Plaintiff's Action was filed and during all times relevant to the allegations in the Action I, in my individual or personal capacity, have not been a party to litigation in any state of federal court in Texas.

28. I have never been to Texas.

29. To my knowledge, in my individual and personal capacity, I have had no contact with individuals or companies in the State of Texas and have not had contacts that have impacted residents of the State of Texas.

30. In my individual and personal capacity, I have not purposefully directed activities at Texas residents and I have not purposefully availed myself of the privilege of conducting activities within the State of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2023:

                                                          /s/ <u>Rene Roland</u>
                                                          Rene Roland