AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Broker Online Exchange, LLC <br><br> *Plaintiff(s)* <br> v. <br> Konect Management, LLC d/b/a Konect Energy; Michael rizk f/k/a Michael Gerguis, and also using the aliases and business names, Christopher Hill, Chuck Dean, Sam Olsen, Alex Miller, Adam Reed, et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:22-cv-02674 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Energy Broker Online LLC formerly known as Your Wyoming Office, LLC
Registered agent:  CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas  75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   WEYCER KAPLAN PULASKI & ZUBER, PC
Mark J. Levine, Attorney-In-Charge
Hamed Moradi
24 Greenway Plaza, Suite 2050
Houston, Texas 77046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: July 19, 2023

s/ Aaron Jackson
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-02674

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Energy Broker Online LLC formerly known as Your Wyoming Office, LLC
was received by me on *(date)* 7/27/23

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System through Shaina Fenimore, who is designated by law to accept service of process on behalf of *(name of organization)* Energy Broker Online LLC formerly known as Your Wyoming Office, LLC on *(date)* 7/27/23 ; or @ 2:47 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/27/23

K Dugas
*Server's signature*

Kassandra Dugas - Process Server
*Printed name and title*

2326 Manchester LN
Lancaster TX 78134
*Server's address*

Additional information regarding attempted service, etc:

Kassandra Dugas
SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS 28 DAY OF July 2023

x Carrie M Dean

CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213